1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GEORGE S. LOUIE,

11            Plaintiff,                    No. 2:12-cv-1166 GEB GGH PS

12        vs.

13   AIAD & HODA SAMUAEL, et al.,,

14            Defendants.              ORDER

15   _____/

16            On May 30, 2012, the court approved plaintiff's notice of substitution of counsel.

17   All parties now appearing by counsel, the referral to the magistrate judge is withdrawn.

18   However, the magistrate judge shall continue to perform all duties described in Local Rule

19   302(c)(1)-(20).

20            IT IS SO ORDERED.

21   DATED: June 13, 2012

22                              /s/ Gregory G. Hollows
                         UNITED STATES MAGISTRATE JUDGE

23   ggh:076

24   Louie1166.dj.wpd

25

26

                                    1