IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE S. LOUIE,

    Plaintiff,                    No. 2:12-cv-1166 GEB GGH PS

    vs.

AIAD & HODA SAMUAEL, et al.,,

    Defendants.          <u>ORDER</u>

_____/

        On May 30, 2012, the court approved plaintiff's notice of substitution of counsel. All parties now appearing by counsel, the referral to the magistrate judge is withdrawn. However, the magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

        IT IS SO ORDERED.

DATED: June 13, 2012

                              /s/ Gregory G. Hollows
                       UNITED STATES MAGISTRATE JUDGE

ggh:076
Louie1166.dj.wpd

1