IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE S. LOUIE,                        )
                                        )    2:12-cv-01166-GEB-GGH
              Plaintiff,                )
                                        )
       v.                               )    ORDER SCHEDULING STATUS
                                        )    (PRETRIAL SCHEDULING)
AIAD & HODA SAMUEL; KETAN INC.          )    CONFERENCE; FED. R. CIV. P.
dba LOW COST LIQUORS; RATILAL           )    4(M) NOTICE
PATEL; VASANTI PATEL; ALKA JAIN         )
dba MAX PLUS; ANA & JOSE                )
MARTINEZ dba TAQUERIA AY                )
JALISCO; SUSAN T. LEE, DDS, INC.        )
dba FAMILY AND LOGMETIC                 )
DENTISTRY;                              )
                                        )
              Defendants.               )
_____ )

       The Joint Status Report filed September 21, 2012 ("JSR"),
reveals this case is not ready to be scheduled. Therefore, a Status
(Pretrial Scheduling) Conference is scheduled for hearing on November
26, 2012, at 9:00 a.m. A further joint status report shall be filed no
later than fourteen (14) days prior to the Status Conference.

       Further, although Plaintiff states in the JSR that "[a]ll
named defendants have been served[,]" a review of the docket indicates
that Defendant Susan T. Lee, DDS, Inc. dba Family and Logmetic Dentistry
has not yet appeared in this action. Plaintiff is notified under Rule
4(m) of the Federal Rules of Civil Procedure that failure to serve this
defendant with process within the 120 day period prescribed in that Rule
may result in the unserved defendant being dismissed. To avoid
dismissal, on or before October 19, 2012, Plaintiff shall file proof of

service for this defendant or a sufficient explanation why service was not effected within Rule 4(m)'s prescribed service period. In the event Defendant Susan T. Lee, DDS, Inc. dba Family and Logmetic Dentistry has been served, Plaintiff shall address in the further joint status report what efforts he is taking to prosecute this action as to that defendant.

IT IS SO ORDERED.

Dated:  October 10, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge