IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE S. LOUIE,<br><br>         Plaintiff,<br><br>   v.<br><br>AIAD & HODA SAMUEL; KETAN INC. dba LOW COST LIQUORS; RATILAL PATEL; VASANTI PATEL; ALKA JAIN dba MAX PLUS; ANA & JOSE MARTINEZ dba TAQUERIA AY JALISCO; SUSAN T. LEE, DDS, INC. dba FAMILY AND LOGMETIC DENTISTRY,<br><br>         Defendants. | 2:12-cv-01166-GEB-GGH<br><br>ORDER RE: SETTLEMENT AND DISPOSITION |

        Plaintiff filed a "Notice of Settlement" on November 13, 2012, in which he states: "the parties have reached a settlement in the above-referenced matter . . . [and] . . . respectfully request the Court grant them thirty (30) days with which to complete and file all respective dismissals and necessary dispositive documentation." (ECF No. 19.)

        Therefore, a dispositional document shall be filed no later than December 13, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

1      Further, the Status Conference scheduled for hearing on January 14, 2013, will remain on calendar in the event no dispositional document is filed, or if this action is not otherwise dismissed.[1] A joint status report shall be filed fourteen (14) days prior to the status conference.

       IT IS SO ORDERED.

Dated:  November 14, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987)(indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2