IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE S. LOUIE, | 2:12-cv-01166-GEB-GGH |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| AIAD & HODA SAMUEL; KETAN INC. dba LOW COST LIQUORS; RATILAL PATEL; VASANTI PATEL; ALKA JAIN dba MAX PLUS; ANA & JOSE MARTINEZ dba TAQUERIA AY JALISCO; SUSAN T. LEE, DDS, INC. dba FAMILY AND LOGMETIC DENTISTRY, | |
| Defendants. | |

Plaintiff filed a Notice of Settlement on November 13, 2012, in which he stated: "the parties have reached a settlement in the above-referenced matter . . . [and] . . . respectfully request the Court grant them thirty (30) days with which to complete and file all respective dismissals and necessary dispositive documentation." (ECF No. 19.) Therefore, an "Order Re Settlement and Disposition" was filed on November 14, 2012, which directed the parties to file a dispositional document no later than December 13, 2012. (ECF No. 20.) The December 13th Order notified the parties that the failure to timely file a dispositional document could lead to dismissal of the action. Id. Plaintiff subsequently requested an extension of time to file a dispositional document until December 27, 2012. (ECF No. 21.)

1

1        Since no dispositional document has been filed, and the
2   parties have not provided any reason for the continued pendency of this
3   action, this action is dismissed without prejudice.
4        IT IS SO ORDERED.
5   Dated:  January 9, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge